**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| UTICA MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE NETHERLANDS INSURANCE COMPANY, ET AL.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 2:26-cv-00246-SDN |

**FED. R. CIV. P. 7.1 DIVERSITY DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Defendant Jessica Fuller, by and through undersigned counsel, hereby makes the following disclosure identifying citizenship: Defendant Jessica Fuller is a citizen of the State of Florida.

Dated: July 15, 2026

Respectfully submitted,

*/s/ Kevin M. Fitzgerald*

Kevin M. Fitzgerald
Fitzgerald Law Group, LLC
120 Exchange Street, Suite 200
Portland, ME 04101
Phone: (207) 874-7407
Fax: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Attorneys for Defendant Jessica Fuller*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 15, 2026, the foregoing Fed. R. Civ. P. 7.1 Diversity Disclosure Statement was electronically filed with the Clerk of Court using the Court's CM/ECF System which will send a Notice of Electronic Filing to all attorneys of record registered with the Court's CM/ECF System.

*/s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald