UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UTICA MUTUAL INSURANCE COMPANY,

*Plaintiff,*

v.

THE NETHERLANDS INSURANCE COMPANY, PEERLESS INSURANCE COMPANY, HYDE SCHOOL, LAURA GAULD, MALCOM GAULD, GEORGIA GAULD MACMILLAN, DONALD MACMILLAN, LAURIE GAULD HURD, JESSICA FULLER, and UNITED EDUCATORS INSURANCE,

*Defendants*.

Case No. 2:26-cv-00246-SDN

**PLAINTIFF UTICA MUTUAL INSURANCE COMPANY'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

NOW COMES Plaintiff Utica Mutual Insurance Company and files this Notice of Dismissal without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). In support thereof, Plaintiff states:

1. Defendants The Netherlands Insurance Company, Peerless Insurance Company, Hyde School, Laura Gauld, Malcom Gauld, Georgia Gauld MacMillan, Donald MacMillan, Laurie Gauld Hurd, Jessica Fuller, and United Educators Insurance were served through acceptance of service by the parties' respective counsel.
2. Because none of the Defendants have served either an answer or a motion for summary judgment in this matter, Plaintiff is permitted to file this Notice of Dismissal without prejudice without a Court order pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

WHEREFORE, Plaintiff Utica Mutual Insurance Company hereby gives notice of the voluntary dismissal without prejudice of its Complaint against all Defendants in the above-captioned action.

UTICA MUTUAL INSURANCE COMPANY

By its Attorney,

Dated: August 3, 2026

/s/ *Matthew T. Mehalic*

Matthew T. Mehalic, Esq. – Bar No. 4162
Attorney for Plaintiff
Norman, Hanson & DeTroy, LLC
220 Middle Street, PO Box 4600
Portland, ME 04112-4600
mmehalic@nhdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2026, I electronically filed Utica Mutual Insurance Company's Notice of Dismissal with the Clerk of Court via e-mail at MaineECFIntake@med.uscourts.gov.

Dated at Portland, Maine, this 3rd day of August 2026.

/s/ Matthew T. Mehalic
Matthew T. Mehalic, Esq. – Bar No. 4162
Attorney for Utica Mutual Insurance Company
NORMAN, HANSON & DETROY, LLC
P. O. Box 4600
Portland, ME 04112-4600
207-774-7000
mmehalic@nhdlaw.com